

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. __18 CR 214 JED__ |
| Plaintiff, | ) ) | **INFORMATION** |
| v. | ) ) | [42 U.S.C. § 7413(c)(2)(A): Clean Air Act False Statement] |
| JODY HOWARD, | ) ) | **FILED** |
| Defendant. | ) | OCT 0 5 2018 |

**THE UNITED STATES ATTORNEY CHARGES:**

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

On or about October 11, 2013, in the Northern District of Oklahoma, defendant, **JODY HOWARD**, knowingly and willfully made a material false statement, representation and certification, omitted material information and altered, concealed and failed to file a notice, record, report and other documents required to be filed and maintained by the Clean Air Act. In that, **JODY HOWARD** described an equipment malfunction that was materially false, described an equipment event that was materially false and further burned Municipal Solid Waste without reporting said process and in violation of the Clean Air Act. 42 U.S.C. §7401, *et. seq.*

All in violation of Title 42, United States Code, Section 7413(c)(2)(A).

R. TRENT SHORES
UNITED STATES ATTORNEY

ALLEN J. LITCHFIELD, OBA No. 010613
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700